**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT, LLC | |
| v. | CIVIL ACTION NO. 6:16-cv-363 |
| HTC CORPORATION, *et al.* | **CONSOLIDATED LEAD CASE** |
| | |
| CELLULAR COMMUNICATIONS EQUIPMENT, LLC | |
| v. | |
| ZTE CORPORATION, *et al.* | CIVIL ACTION NO. 6:16-cv-375 |

## ORDER

On April 20, 2016, claims asserted by Plaintiff against Defendants pertaining to U.S. Patent No. 7,218,923 were severed from previously filed actions and filed separately as the above-styled cases.  The cases were consolidated and stayed pending the resolution of IPR2015-01927 by the Patent Trial and Appeal Board.  These cases have been stayed since April 20, 2016.  For the efficient management of the Court's docket, it is

**ORDERED** that the above-styled civil actions are **ADMINISTRATIVELY CLOSED**. This administrative closure shall not affect the rights of any of the parties or claimants.   It is further

**ORDERED** that within ten days of the final written decision by the PTAB on the IPR petition, the parties shall file a joint status report in this case.  The joint status report shall address the status of the IPR petition and state whether the case should be placed back on the Court's active

1

docket.

So ORDERED and SIGNED this 11th day of September, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE